UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————

No. 00-50399

———————

ESTEBAN VILLEGAS-ALANIS; ET AL.,

Plaintiffs,

ESTEBAN VILLEGAS-ALANIS; SAN JUANITA GONZALES DE VILLEGAS;
MARIA DE LA PAZ VILLEGAS; ALEJANDRO VILLEGAS; JUAN ESTEBAN
VILLEGAS; JOSE LOPEZ; ANTONIO CAZARES,

Plaintiffs-Appellants,

versus

JAMES D. WURTH; ROBERT L. SCHEER; MIKE MORRIS; MURRAY
EMPLOYMENT AGENCY, INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas
(DR-99-CV-66)

May 14, 2001

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,[1]

District Judge.

PER CURIAM:[2]

Having considered the briefs, pertinent parts of the record,

and the arguments of counsel, and concluding there was *no* abuse of

———————

[1]    District Judge of the Eastern District of Louisiana,
sitting by designation.

[2]    Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should *not* be published and is *not* precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discretion, the denial of a preliminary injunction prior to the district court ruling, *inter alia*, on personal jurisdiction is affirmed, and this matter is remanded for further appropriate proceedings.

**AFFIRMED**